UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDRII DEMKIV, et al.,

Plaintiffs,

v.

JOSEPH EDLOW, et al.,

Defendants.

_______________________________/

Case No. 2:26-cv-13264

HONORABLE STEPHEN J. MURPHY, III

**STIPULATED ORDER DISMISSING THE CASE**

By stipulation of the parties and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is voluntarily dismissed without prejudice. Each party shall bear their own fees and costs.

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: November 6, 2026

**Stipulated and Agreed to By:**

Kaplovitz & Associates PC

*/s/ Ronald Kaplovitz (w/ consent)*
Ronald E. Kaplovitz
2057 Orchard Lake Road
Sylvan Lake, MI 48320-2606
(248) 333-3666
rkaplovitz@aol.com
*Attorneys for Plaintiffs*
Dated: November 5, 2026

Jerome F. Gorgon Jr.
United States Attorney

*/s/ Zak Toomey*
Zak Toomey (MO61618)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9617
zak.toomey@usdoj.gov
*Attorneys for Defendants*
Dated: November 5, 2026